# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| PHILIP J. CHARVAT on behalf of himself and others similarly situated, : : : | |
| Plaintiff, : : | Case No.: 2:14-cv-01747 |
| v. : : : | Judge Gregory L. Frost |
| COLUMBUS ADVISORY GROUP, LTD : : | Magistrate Judge Elizabeth Preston Deavers |
| Defendant. : : : / | |

## STIPULATION OF DISMISSAL

The Plaintiff, Philip Charvat ("Plaintiff") files this stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of all claims in the above-captioned case against Columbus Advisory Group, LTD. None of the rights of any putative class members have been released, or are otherwise affected by this dismissal.

*/s/ Brian K. Murphy*
Brian K. Murphy (00706054), Trial Attorney
**MURRAY MURPHY MOUL + BASIL LLP**
1533 Lake Shore Drive
Columbus, Ohio 43204
614-488-0400 (phone)
614-488-0401 (fax)
murphy@mmmb.com

*Attorney for Plaintiff Philip J. Charvat*

*/s/ Robert C. Folland*
Robert C. Folland (0065728)
Amy Ruth Ita (0074520)
Barnes & Thornburg LLP
41 South High Street, Suite 3300
Columbus, OH  43215
(614) 628-0096
(614) 628-1433 (facsimile)
E-Mail:  rfolland@btlaw.com
E-Mail:  amy.ita@btlaw.com

*Attorneys for Columbus Advisory Group*

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2015, I electronically filed the forgoing with the Clerk of Court using the CM/ECF system which will automatically send notification of such filing to the following attorneys of record:

/s/Robert C. Folland

Brian K. Murphy (0070654)
Joseph F. Murray (0063373)
Geoffrey J. Moul (0070663)
Jennifer A. Hemenway (0089127)
Murray Murphy Moul + Basil LLP
1533 Lake Shore Drive
Columbus, OH 43204
murphy@mmmb.com
murray@mmmb.com
moul@mmmb.com
hemenway@mmmb.com

Edward A. Broderick
Anthony I. Paronich
Broderick Law, P.C.
125 Summer St., Suite 1030
Boston, MA 02110
ted@broderick-law.com

Matthew P. McCue
The Law Office of Matthew P. McCue
1 South Avenue, Suite 3
Natick, MA 01760
mmccue@massattorneys.net

/s/ Robert C. Folland
Counsel for Columbus Advisory Group, Ltd.